Certificate Number: 02910-PR-DE-013178209

Bankruptcy Case Number: 08-06331


02910-PR-DE-013178209

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 1, 2010</u>, at <u>11:16</u> o'clock <u>AM EST</u>, <u>Ramon Eliel Torres</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Education Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>December 2, 2010</u>      By:   <u>/s/Tamara Dalton</u>

Name: <u>Tamara Dalton</u>

Title: <u>Certified Bankruptcy Counselor</u>